1. COURTS (§ 190*)—NEW YORK MUNICIPAL COURT—ORDERS APPEALABLE—AMENDING NAMES OF PARTIES.

An order of the Municipal Court granting a motion to amend defendant's name is not appealable.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

2. COURTS (§ 190*)—NEW YORK MUNICIPAL COURT—ORDERS APPEALABLE.

An order of the Municipal Court denying defendant's motion for a reargument is not appealable.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by the Oscar Schlegel Manufacturing Company against John Sternon. From orders granting a motion to amend defendant's name and denying defendant's motion for a reargument, defendant appeals. Appeal dismissed.

Argued before SEABURY, GUY, and COHALAN, JJ.

Strauss & Singer, for appellant.
Jacob S. Katzman, for respondent.

PER CURIAM. [1, 2] This is an appeal from an order granting the motion of the plaintiff to amend the name of the defendant, and also from an order denying defendant's motion for a reargument. Neither of these orders is appealable. Lyons v. Mulvihill, 128 N. Y. Supp. 653.

Appeal dismissed, with $10 costs.